NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RACHEL KENT
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270/ Fax: 702.388.6418
rachel.kent@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTHONY BRICE OLMSTEAD,<br><br>            Defendant. | Case No. 2:17-mj-861-EJY<br><br>**Stipulation Requesting Case be Closed** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Jason Weiner, Esquire, counsel for the defendant, that the status hearing in the above-captioned matter, currently scheduled for June 16, 2020 at the hour of 1:30 p.m., be vacated and the case be closed.

This stipulation is entered into for the following reasons:

1. Defendant completed the DUI school and the Victim Impact Panel as required.

2. Defendant paid the $2,200 fine and as well as the $10.00 assessment fee.

3.      Defendant has completed all required conditions imposed by the Court. The parties agree to jointly move to allow the defendant to withdraw his plea of guilty to Count 1 – Operating a Motor Vehicle while Under the Influence of Alcohol.

4.      The Government hereby moves, pursuant to the plea agreement to amend Count 1 of the Complaint to a charge of Reckless Driving, a violation of Title 36 C.F.R. § 4.2(b) and NRS 484B.653.

5.      The defendant hereby pleads guilty to the Amended Count 1 of the Complaint.

6.      The parties jointly request that the original sentence be applied to the Reckless Driving conviction.

DATED this _15th_ day of June, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Jason Weiner                              /s/ Rachel Kent

JASON WEINER, ESQ.                    RACHEL KENT
Counsel for defendant                      Special Assistant United States Attorney
**ANTHONY BRICE OLMSTEAD**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-861-EJY |
| Plaintiff, | **Order Vacating Hearing and to Close the Case** |
| v. | |
| ANTHONY BRICE OLMSTEAD, | |
| Defendant. | |

Based on the pending stipulation of counsels, and good cause appearing therefore,

IT IS HEREBY ORDERED that the status hearing be vacated and the case be closed.

DATED this   16th   day of June, 2020

_____
UNITED STATES MAGISTRATE JUDGE

3